IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DYLAN LOPEZ TYREE,<br>    Petitioner, | Civil Action No. 7:08-cv-00374 |
| v. | **FINAL ORDER** |
| WARDEN C. HOLLAR,<br>    Respondent. | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that the respondent's motion for summary judgment is **GRANTED**; the petitioner's § 2254 habeas petition is **DISMISSED**; and the case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the respondent.

ENTER: This 3rd day of Nov., 2008.

Senior United States District Judge